IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CR351 |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| CHRISTOPHER RAUDALES | |
| Defendant. | |

This matter is before the court on the Defendant's unopposed Motion to Continue Jury Trial [22]. The defendant is currently completing the last phase of his drug rehabilitation program. Counsel is seeking additional time to for the defendant to complete the program and finalize the plea agreement. For good cause shown,

**IT IS ORDERED** that the Defendant's unopposed Motion to Continue Jury Trial [22] is granted as follows:

1. The jury trial, now set for May 1, 2018, is continued to **July 31, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 31, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 25th day of April, 2018.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge