IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

     vs.

CHRISTOPHER RAUDALES

                  Defendant.

**8:17CR351**

**ORDER**

This matter is before the court on the defendant's oral motion to continue the jury trial made at the hearing held on September 6, 2018. The defendant stated he agrees with the continuance and understands that the additional time will be excluded from Speedy Trial Act calculations. For good cause shown, the motion will be granted. Accordingly,

**IT IS ORDERED** that the defendant's oral motion to continue the jury trial is granted as follows:

1. The jury trial, now set for October 2, 2018, is continued to **December 11, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 11, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 6th day of September, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge